DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CEDRIC CUNNINGHAM,**
Appellant,

v.

**BROWARD COUNTY SHERIFF'S OFFICE,**
Appellee.

No. 4D19-8

[December 12, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. CACE17021766.

Cedric Cunningham, Fort Lauderdale, pro se.

Robert D. Yates of Robert D. Yates P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***